FILE COPY



## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 29, 2015

James L. Abbott, Jr.
ABBOTT LAW OFFICE
1105 S. Taylor Street
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

James A. Farren
Criminal District Attorney
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00199-CR, 07-15-00200-CR
Trial Court Case Number: 20,498-C, 24,698-C

**Style:** Destany Jenee Liles v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Ana Estevez (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)
Destany Jenee Liles